**Motion Granted in Part; Order filed February 13, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00707-CV

————————

**DON E. KILPATRICK, Appellant**

**V.**

**ADRIANA POTOCZNIAK, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1033021**

## ORDER

Appellant's brief was originally due October 23, 2013. We granted an extension of time to file appellant's brief until February 5, 2014. When we granted this extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On February 5, 2014, appellant filed a further request for extension of time to file appellant's brief. To date, counsel has submitted no brief. We grant the request and issue the following order.

Accordingly, we order appellant to file a brief with the clerk of this court on or before **March 17, 2014**. If appellant does not timely file the brief as ordered, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM